EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Francisco E. Gómez Maldonado | 2011 TSPR 70 <br><br> 181 DPR ____ |

Número del Caso: TS-5454

Fecha: 13 de mayo de 2011

Materia: Se separa indefinidamente del ejercicio de la profesión al amparo de la Regla 15(a) del Reglamento del Tribunal Supremo.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-5454

Francisco E. Gómez Maldonado

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 13 de mayo de 2011.

Examinada la Moción solicitando baja voluntaria presentada por la Sra. María I. Ruiz Navarro, esposa y apoderada del Lcdo. Francisco E. Gómez Maldonado, habiéndose sometido la certificación médica correspondiente según ordenado en nuestra resolución de 4 de febrero de 2011, que acredita que el licenciado Gómez Maldonado no está capacitado para practicar la profesión por razón de su condición de Alzheimer, se le separa indefinidamente del ejercicio de la profesión al amparo de la Regla 15(a) del Reglamento del Tribunal Supremo de Puerto Rico.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo